UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARION KILER, *on behalf of herself and all others similarly situated,*

                Plaintiff,

-against-

NEW YORK & COMPANY STORES, INC.,

                Defendant.

Case No.: 1:19-cv-851-AMD-RML

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, NEW YORK & COMPANY STORES, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Sean J. Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 634-3023
skirby@sheppardmullin.com

Date: July 3, 2019

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: July 3, 2019

SO ORDERED

_____
U.S.D.J.